UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHELLE A. BAKER,

        Plaintiff,

v.

CENLAR FSB, et al,

        Defendants.

Civil No. 20-967 (JRT/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

Michelle A. Baker, c/o 16167 Unity Street NW, Andover, MN 55304, *pro se* plaintiff.

Orin J Kipp, **WILFORD GESKE & COOK, P.A.,** 7616 Currell Boulevard, Suite 200, Woodbury, MN 55125, for defendant Cenlar FSB.

Christopher Steven Comstock, Lucia Nale, Nathan Rice, Thomas Vangel Panoff, **MAYER BROWN LLP,** 71 South Wacker Drive, Chicago, IL 60606, for defendant CitiMortgage, Inc.

United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on 09/29/2020. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.        Defendant CitiMortgage, Inc.'s Motion to Dismiss [Doc. No. 8] is **GRANTED**;

2. Plaintiff Michelle A. Baker may file within fourteen days file, should she so choose, an amended complaint that includes her previous allegations against Defendant Cenlar FSB and that expounds on her claims against Defendant CitiMortgage, Inc.;

3. Dismissal of Plaintiff Michelle A. Baker's claims against Defendant CitiMortgage, Inc. is **WITHOUT PREJUDICE**; and

4. Plaintiff Michelle A. Baker's Motion to Dismiss Defendant's Motion to Dismiss [Doc. No. 14] is **DENIED**.

5.

Dated: November 24, 2020
in Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court

2